# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| OLUWADAYISI OMOSULE, | : | |
| Plaintiff, | : | Case No. 3:06cv00021 |
| vs. | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| UNITED AIRLINES, INC., *et al*., | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on January 27, 2006 (Doc. #3) is ADOPTED in full.

2. Plaintiff's Complaint is DISMISSED with prejudice.

3. The Court CERTIFIES pursuant to 28 U.S.C. §1915(a) that, for the reasons stated in the Report and Recommendation, an appeal by Plaintiff would not be taken in good faith, and therefore leave to appeal *in forma pauperis* is DENIED. Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

4. The case is terminated on the docket of this Court.

February 21, 2006                                                       s/Thomas M. Rose

                                                                                    Thomas M. Rose
                                                                                    United States District Judge